UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,           Civil No. 09-2204 (PJS/JSM)

    Plaintiff,

v.                                 ORDER TO STRIKE CLAIM AND ANSWER, DEFAULT JUDGMENT, AND FINAL ORDER OF FORFEITURE

$35,020.00 in U.S. CURRENCY,

    Defendant,

JOSE LUIS MORA-VILLANUEVA,

    Claimant.

The above matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated December 1, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

    IT IS HEREBY ORDERED that:

1. The Claim [Docket No. 5] and Answer [Docket No. 6] of Jose Luis Mora-Villanueva are hereby stricken from the record.

2. Default judgment shall be entered against all unknown persons and entities having an interest in defendant currency who have failed to file a verified claim and answer in this proceeding.

3. All right, title and interest in thirty-five thousand and twenty dollars ($35,020.00) of defendant currency is forfeited to and vested in the United States of America pursuant to 21 U.S.C. § 881(a)(6) for disposition according to law.

4. The United States Marshals Service shall dispose of the thirty-five thousand and twenty dollars ($35,020.00) in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:   12/21/10                                                s/Patrick J. Schiltz
                                                                 Patrick J. Schiltz
                                                                 United States District Judge